IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:14-CR-246-FL

| United States of America | ) | |
|---|---|---|
| | ) | REASSIGNMENT ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Sherman Carnell Gray | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the magistrate judge assignment in the above captioned case is hereby reassigned to U.S. Magistrate Judge Kimberly A. Swank.

SO ORDERED. This the 5th day of March 2015.

Julie Richards Johnston